UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY W. FUNE, ) | |
| ) | |
| Plaintiff, ) | Case No. C10-401-JLR-BAT |
| ) | |
| v. ) | **REPORT AND** |
| ) | **RECOMMENDATION** |
| MICHAEL ASTRUE, Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

Tony W. Fune brought an action seeking review of the denial of his application for disability insurance benefits and supplemental security income by the Commissioner of the Social Security Administration. Dkt. 4. The parties stipulate the case should be remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Dkt. 20.

Specifically, the parties stipulate that on remand, the Administrative Law Judge shall:

(1)   Evaluate Mr. Fune's bowel and rectal impairments to determine whether he has any related limitations that would affect his residual functional capacity (RFC);

(2)   Evaluate the treatment records of Dr. Branchaud in which she assessed the claimant with a Global Assessment of Functioning (GAF) score of 48;

(3)   Further evaluate plaintiff's RFC; and

(4)   Perform any additional necessary vocational analysis at step five of the sequential

REPORT AND RECOMMENDATION – 1

evaluation process.

Having reviewed the pleadings and the administrative record, the Court recommends the case be **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that it be approved immediately.  A proposed order accompanies this Report and Recommendation.

DATED this 16th day of December, 2010.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION – 2